THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Jason Kelly,       
Appellant.
 
 
 

Appeal From Williamsburg County
Howard P. King, Circuit Court Judge

Unpublished Opinion No. 2003-UP-613  
Submitted August 20, 2003  Filed October 21, 2003 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, Office of Appellate 
 Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia;  and Solicitor Cecil Kelley Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM:  Jason Kelly appeals from his 
 guilty plea to armed robbery, arguing the trial judge violated the mandate of 
 Boykin v. Alabama, 395 U.S. 238 (1965), by accepting his guilty plea.  
 Pursuant to Anders v. California, 386 U.S. 738 (1967), Kellys counsel 
 attached to the brief a petition to be relieved as counsel, stating after his 
 review of the record he found the appeal without merit.  Kelly did not file 
 a separate pro se brief.  After a thorough review of the record 
 and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), 
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss 
 [1] Kellys appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., CONNOR and ANDERSON,
JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.